JOHN L. BURRIS ESQ., SBN #69888
BEN NISENBAUM ESQ., SBN #222173
JAMES COOK ESQ., SBN #300212
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA PAYTON, an individual, | CASE NO.: 4:15-cv-02528 |
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| vs. | |
| COUNTY OF ALAMEDA, a municipal corporation; Deputy ELDON EARNHARDT, individually and in his capacity as a deputy for the ALAMEDA COUNTY Sheriff's Department; Deputy JASON DELIMA individually and in his capacity as a deputy for the ALAMEDA COUNTY Sheriff's Department and DOES 1-25, inclusive, individually, jointly and severally, | |
| Defendants. | |

**ORDER:**

Under the terms of the above stipulation, and good cause appearing,

IT IS ORDERED that the Case Management Conferences scheduled for September 21, 2015 be continued for the following action:

        Natasha Payton v. County of Alameda et al

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The new date for the Case Management Conferences is: September 28 , 2015 at a.m./p.m. 1:30 PM in Courtroom 12, 19th Floor, 450 Golden Gate, San Francisco, CA, 94102.

DATED:    09/15/2015                              _____
                                                  JUDGE OF THE SUPERIOR COURT

*Judge Thelton E. Henderson*
(United States District Court, Northern District of California seal)