J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
LYNNE G. STOCKER (SBN130333)
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendants
COUNTY OF ALAMEDA, and
Deputies ELDON EARNHARDT and JASON DELIMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATASHA PAYTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No.:  3:15-cv-02528 THE (LB)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE FURTHER**<br>**CASE MANAGEMENT CONFERENCE** |

The Parties, by and through their respective attorneys, and pursuant to Civil Local Rules 6-2 and 7-12, submit this stipulation and proposed order.

**RECITALS**

1. On September 3, 2015, this case was reassigned to Hon. Thelton E. Henderson for all further proceedings.

2. On September 28, 2015, this case was referred to Magistrate Judge Laurel Beeler for a settlement conference.

3. On September 28, 2015, the court set a Further Case Management Conference for January 4, 2016 at 1:30 p.m. in Courtroom 12, 19th Floor, San Francisco. ECF No. 22.

4. The court set a settlement conference for December 11, 2015, 15th Floor, San Francisco. ECF No. 23.

5. While preliminary settlement discussions have occurred, the parties believe that a settlement conference would be more productive at a later time.

6. The parties and their counsel have stipulated to continue the settlement conference to February 24, 2016, a date on which the court is available.

7. There have been no other previous time modifications in the case following reassignment to Judge Henderson.

**STIPULATION**

The Parties respectfully request the Court to:

1. Continue the Further Case Management Conference to March 14, 2016 at 1:30 PM, 19th Floor, Courtroom 12, Federal Building, 450 Golden Gate Avenue, San Francisco.

Dated: December 3, 2015                ANDRADA & ASSOCIATES

                                       By  */s/ Lynne G. Stocker*
                                       LYNNE G. STOCKER
                                       Attorneys for Defendants
                                       COUNTY OF ALAMEDA and Deputies
                                       ELDON EARNHARDT and JASON DELIMA

Dated: December 3, 2015                THE LAW OFFICES OF JOHN L. BURRIS

                                       By  */s/ James Cook*
                                       JAMES COOK
                                       Attorneys for Plaintiff NATASHA PAYTON

I attest that James Cook has authorized me to file this document with his electronic signature.

*/s/ Lynne G. Stocker*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  12/07/2015

                                       THELTON E. HENDERSON
                                       United States District Judge